# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RYAN R. POMERLEAU, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )  Docket No. 2:23-cv-00412-NT |
| | ) |
| ANDROSCOGGIN COUNTY JAIL, | ) |
| | ) |
|       Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On November 22, 2023, the United States Magistrate Judge filed with the Court, with a copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C. § 1915A. Recommended Decision (ECF No. 5). The Plaintiff filed an objection to the Recommended Decision on December 5, 2023 (ECF No. 6) and filed additional attachments to his objection on December 7, 2023 (ECF No. 7). I have reviewed and considered the Recommended Decision, together with the entire record. I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915A, the Plaintiff's complaint is **DISMISSED**.

SO ORDERED.

        /s/ Nancy Torresen  
        United States District Judge

Dated this 12th day of December, 2023.